The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,<br><br>Plaintiffs<br><br>v.<br><br>STATE OF WASHINGTON, LIZ LUCE, DIRECTOR, DEPARMENT OF LICENSING and PAUL D. AYERS, CHIEF OF POLICE ISSAQUAH POLICE DEPARTMENT,<br><br>Defendants. | No. C08-1613RSM<br><br>DECLARATION OF CHRIS W. COX |

1. My name is Chris W. Cox, and I am Executive Director of the National Rifle Association of America, Inc., Institute for Legislative Action ("NRA").

2. The NRA is a non-profit association incorporated since 1871 under the laws of New York, with its principal place of business in Fairfax, Virginia.

AFFIDAVIT OF CHRIS W. COX– Page 1

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276 • Fax (703) 359-0938

tl100808 12/22/08

3. The NRA has a membership of almost 4 million persons, including numerous members in the State of Washington, some of whom are lawful permanent resident aliens.

4. The purposes of NRA include protection of the right of citizens to have firearms for lawful defense, hunting, and sporting use, and to promote public safety.

5. The NRA is a plaintiff in this action, which it brings on behalf of itself and its members.

6. Plaintiffs Adrian J. Coombes, Roelof Kroes, and Philip Grady are members in good standing of the NRA. There are other residents of the State of Washington who are members of the NRA who are lawful permanent resident aliens, own firearms, and are required to have an alien firearm license.

I declare under penalty of perjury that the foregoing is true and correct.

Dated and signed December 22, 2008 at Fairfax, Virginia.

_____
Christopher W. Cox

AFFIDAVIT OF CHRIS W. COX-- Page 2

tl100808 12/22/08

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276 • Fax (703) 359-0938