The Honorable Judge Ricardo S. Martinez

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC, SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON c/o Attorney General, LIZ LUCE, DIRECTOR Department of Licensing State of Washington, PAUL D. AYERS, CHIEF OF POLICE, Issaquah Police Department, <br><br> Defendants. | NO. C08-1613 <br><br> AGREED ORDER RE STATE OF WASHINGTON'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) |

It is stipulated and agreed by the Plaintiffs, National Rifle Association of America, Inc, Second Amendment Foundation, Inc., Adrian J. Coombes, Roelof Kroes, and Philip Grady, acting by and through Plaintiffs' attorneys, Carl J. Carlson, and Stephen P. Halbrook, and the Defendant State of Washington, acting by and through Robert M. McKenna, Attorney General, Jerald R. Anderson, Senior Counsel, and Toni M. Hood, Assistant Attorney General, that the

ORDER  1  **ERROR! AUTOTEXT ENTRY NOT DEFINED.**

NO. C08-1613

1 | Defendant State of Washington's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should
2 | be granted. Therefore it is hereby **ORDERED**:

Pursuant to Fed. R. Civ. P. 12 (b)(6), the State of Washington is dismissed from this action with prejudice.

Dated this 6 day of January 2009.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General


s/Jerald R. Anderson
JERALD R. ANDERSON, WSBA # 8734
Senior Counsel
PO Box 40110
Olympia, Washington 98504-0110
Tel.: (360) 753-6987
Fax: (360) 664-0174
Email: jerry1@atg.wa.gov


s/Toni M. Hood
TONI M. HOOD, WSBA # 26473
Assistant Attorney General
Tel.: (360) 586-2644
Email: tonih@atg.wa.gov

| | |
|---|---|
| 1 | <u>s/Carl J. Carlson</u><br>CARL J. CARLSON, WSBA #7157 |
| 2 | Attorney for Plaintiffs<br>1601 Fifth Avenue, Suite 2150 |
| 3 | Seattle, Washington  98101<br>Tel. (206) 621-1320 |
| 4 | Fax (26) 621-1151<br>Email:  carl@carlsonlaw.com |
| 5 | |
| 6 | |
| 7 | <u>s/Stephen P. Halbrook</u> |
| 8 | STEPHEN P. HALBROOK, VA Bar #18075<br>Attorney for Plaintiffs |
| 9 | 3925 Chain Bridge Road, Suite 403<br>Fairfax, Virginia  22030 |
| 10 | Tel. (703) 352-7276<br>Fax (703) 359-0938 |
| 11 | Email:  Protell@aol.com |