HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, LIZ LUCE, DIRECTOR, DEPARTMENT OF LICENSING and PAUL D. AYERS, CHIEF OF POLICE, ISSAQUAH POLICE DEPARTMENT,<br><br>Defendants. | NO. C08-1613RSM<br><br>ANSWER AND AFFIRMATIVE DEFENSES OF PAUL D. AYERS, CHIEF OF POLICE |

COMES NOW, defendant Paul D. Ayers, Chief of Police, by and through his attorneys of record, Ogden Murphy Wallace, PLLC, and answers plaintiffs' complaint as follows:

1.      In answer to paragraphs 1, 2, and 3 of the complaint, answering defendant has insufficient information upon which to base an answer and therefore denies the same.

2.      In answer to paragraph 4, answering defendant admits that Adrian J. Coombes is a resident of Issaquah, Washington.  As to each and every other allegation contained therein, answering defendant has insufficient information upon which to base an answer and therefore denies the same.

{WDT714176.DOC;1/00010.050140/}
ANSWER AND AFFIRMATIVE DEFENSES OF PAUL D. AYERS, CHIEF OF POLICE - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1    3.    In answer to paragraph 5 of the complaint, answering defendant affirmatively

2    alleges that plaintiff Kroes is not a resident of Issaquah Washington.  As to each and every other

3    allegation contained therein, answering defendant has insufficient information upon which to

4    base an answer, and therefore denies the same.

5    4.    In answer to paragraph 6 of the complaint, answering defendant has insufficient

6    information upon which to base an answer and therefore denies the same.

7    5.    In answer to paragraph 7 and 8 of the complaint, answering defendant admits the

8    same.

9    6.    In answer to paragraph 9 of the complaint, answering defendant admits that he is

10   the Chief of Police of the City of Issaquah, Washington which is his principle place of business.

11   The remainder of said paragraph does not contain allegations and therefore no answer is required.

12   To the extent an answer is required, answering defendant denies the same.

13   7.    In answer to paragraph 10 and 11, answering defendant denies the same.

14   8.    In answer to paragraph 12, 13, and 14, answering defendant alleges that the

15   statutes in question will speak for themselves and denies any inconsistent or incomplete recital

16   contained therein.

17   9.    In answer to paragraph 15 of the complaint, answering defendant admits that

18   plaintiff Coombes was issued an AFL and a CPL in 1999 and that his current CPL was issued by

19   the Issaquah Police Department and expires on April 1, 2009.  Answering defendant specifically

20   denies that he will not renew the license and in fact, affirmatively alleges that he will issue a CPL

21   to Mr. Coombes provided that at the time of application and issuance of the CPL, Mr. Coombes

22   has a valid AFL.  As to each and every other allegation contained therein, answering defendant

23   denies the same.

24   10.    In answer to paragraph 16, answering defendant has insufficient information upon

25   which to base an answer and therefore denies the same.

26   11.    In answer to paragraph 17, 18, 19, 20 and 21, answering defendant has insufficient

ANSWER AND AFFIRMATIVE DEFENSES OF PAUL D.
AYERS, CHIEF OF POLICE - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1   information upon which to base an answer and therefore denies the same.

2       12.    In answer to paragraph 22 and 23, answering defendant has insufficient

3   information upon which to base an answer and therefore denies the same.

4       13.    In answer to paragraph 24 of the complaint, answering defendant denies the same.

5       14.    In answer to paragraph 25 of the compliant, answering defendant realleges his

6   answer to paragraph 1 through 24.

7       15.    In answer to paragraphs 26 and 27, answering defendant denies the legal

8   conclusions stated therein.

9       16.    In answer to paragraph 28, answering defendant denies that he is unable to issue a

10  CPL to plaintiff Coombes, the only lawful resident of the City of Issaquah.  As to each and every

11  other allegation contained therein, answering defendant denies the same.

12      17.    In answer to paragraphs 29, 30 and 31 of the complaint, answering defendant

13  realleges its answers to Count I of the complaint.

14      18.    In answer to paragraph 32 of the complaint, answering defendant alleges the

15  statutes speak for themselves and denies all other allegations therein.

16      19.    In answer to paragraph 33 of the complaint, answering defendant realleges his

17  answers to paragraphs 1 through 32.

18      20.    In answer to paragraphs 34, 35 and 36, answering defendant states that there are

19  no factual allegations to admit or deny and therefore no answer is required.  To the extent an

20  answer is deemed necessary, answering defendant denies the same

21      21.    In answer to paragraph 37, answering defendant denies the same.

22      22.    In answer to paragraph 38 of the complaint, answering defendant denies the same.

23      BY WAY OF AFFIRMATIVE DEFENSES, answering defendant alleges as follows:

24      1.    Plaintiffs have failed to state a cause of action upon which relief may be granted.

25      2.    Plaintiffs Kroes and Grady are not lawful residents of the City of Issaquah and

26  therefore the defendant has no legal authority to issue CPLs to said plaintiffs.  Plaintiffs knew or

{WDT714176.DOC;1/00010.050140/}
ANSWER AND AFFIRMATIVE DEFENSES OF PAUL D.
AYERS, CHIEF OF POLICE - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1  should have known that the defendant has not and cannot violate any alleged constitutional or

2  statutory rights of Kroes and Grady and therefore, such allegations against defendant are

3  frivolous.

4       3.    With respect to plaintiff Coombes, answering defendant is ready, willing and able

5  to issue him a CPL provided that at the time plaintiff Coombes is issued the permit he has a valid

6  AFL. Coombes has applied for such permit on January 6, 2009. Therefore, answering defendant

7  has not and will not violate any of plaintiff Coombes' constitutional or statutory rights. Plaintiff

8  Coombes, through is attorney, has been fully advised of this and therefore, continuation of this

9  lawsuit against answering defendant is frivolous.

10       4.    Plaintiffs have failed to mitigate their damages.

11       WHEREFORE, having fully answered plaintiffs' complaint, answering defendant prays

12  for relief as follows:

13       1.    That the above matter be dismissed with prejudice and that plaintiffs take nothing

14  thereby.

15       2.    That the complaint is frivolous with respect to all plaintiffs against answering

16  defendant. Answering defendant would ask the court to award him his reasonable attorneys' fees

17  pursuant to FRCP 11 as a sanction.

18       3.    For such other and further relief as the court may deem just in the circumstances.

19       DATED this _____8th_____ day of January, 2009.

20                      OGDEN MURPHY WALLACE, P.L.L.C.

21

22                     By _____

23                        Wayne D. Tanaka, WSBA #6303
                      Attorney for Paul D. Ayers, Chief of Police

24

25

26

{WDT714176.DOC;1/00010.050140/}
ANSWER AND AFFIRMATIVE DEFENSES OF PAUL D.
AYERS, CHIEF OF POLICE - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215