The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,<br><br>Plaintiffs<br><br>v.<br><br>STATE OF WASHINGTON, LIZ LUCE, DIRECTOR, DEPARMENT OF LICENSING and PAUL D. AYERS, CHIEF OF POLICE ISSAQUAH POLICE DEPARTMENT,<br><br>Defendants. | No. C08-1613RSM<br><br>PLAINTIFFS' INITIAL DISCLOSURES |

1. **Individuals likely to have disclosable information:**

Adrian Coombes
1504 Hillside DR SE
Issaquah, WA 98027-4811
425 427-9809

---

PLAINTIFFS' INITIAL DISCLOSURES (C08-1613)– Page 1

Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101-1686
Tel. (206) 621-1111 • Fax (206) 621-1151

ua190102 1/21/09

| | |
|---|---|
| 1 | Philip Grady |
| | 1520 Casino Rd  Apt F104 |
| 2 | Everett, WA |
| | 937 209 9583 |
| 3 | |
| | Roelof Kroes |
| 4 | 4208 255TH PL SE |
| | Issaquah, WA 98029 |
| 5 | 425-707-7735 |
| 6 | |
| | Alan M. Gottlieb, |
| | Second Amendment Foundation |
| 7 | 12500 N.E. 10th Place |
| | Bellevue, WA 98005 |
| 8 | 425-454-7012 |
| 9 | |
| | Corporate designee |
| | National Rifle Association |
| 10 | |
| | Paul D. Ayers, Issaquah Police Chief |
| 11 | Issaquah Police Department |
| | 130 E. Sunset Way |
| 12 | Issaquah WA98027 |
| | 425-837-3200 |
| 13 | |
| | Pat Brown, Administrator for Firearms Unit, |
| 14 | Department of Licensing |
| | PO Box 9020 |
| 15 | Olympia, Washington 98504 |
| | 360-664-6608 |
| 16 | |
| | Bruce Tanaka, |
| 17 | Firearms Program Manager, |
| | Department of Licensing |
| 18 | PO Box 9020 |
| | Olympia, Washington 98504 |
| 19 | 360-664-6622 |
| 20 | |
| | Liz Luce, |
| 21 | Director, |
| | Department of Licensing |
| | PO Box 9020 |
| 22 | Olympia, WA 98504 |
| 23 | |

PLAINTIFFS' INITIAL DISCLOSURES (C08-1613)– Page 2

Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101-1686
Tel. (206) 621-1111 • Fax (206) 621-1151

ua190102 1/21/09

2. **Documents that may be used to support claims.** Plaintiffs do not anticipate that many documents, if any, will be required. Possible documents would include communications between the plaintiffs and representatives of the Washington State Department of Licensing; and public statements or web site pages containing statements by the Department of Licensing regarding the issuance of alien firearms licenses.

3. **Computation of damages.** The plaintiffs do not seek an award of damages.

4. **Insurance Agreements.** Plaintiffs do no have any insurance policies relevant to their claims or this case.

Dated: January 21, 2009

s/ Carl J. Carlson
Carl J. Carlson, WSBA #7157
Carlson & Dennett, P.S.
1601 Fifth Avenue,
Suite 2150Seattle, WA 98101
Tel. (206) 621-1320
Fax (206) 621-1151
Email: carl@carlsonlaw.com
Attorneys for Plaintiffs

Certificate of Service

I certify that on January 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Stephen P. Halbrook
3925 Chain Bridge Rd, Suite 403
Fairfax VA 22030
703-352-7276
protel.com

Wayne D. Tanaka
Ogden Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
206-447-7000
wtanaka@omwlaw.com

J. Zachary Lell
Ogden Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101
206-447-7000
zlell@omwlaw.com

Steven L. Thorsrud
Keating Bucklin& McCormack, Inc.
PS
800 Fifth Avenue, Suite 4141
Seattle, WA 98104
206-623-8861
sthorsrud@kbmlawyers.com

PLAINTIFFS' INITIAL DISCLOSURES (C08-1613)– Page 3

Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101-1686
Tel. (206) 621-1111 • Fax (206) 621-1151

ua190102 1/21/09

| | |
|---|---|
| Jerald R. Anderson<br>Assistant Attorney General<br>Senior Counsel<br>1125 Washington St. SE<br>PO Box 40110<br>Olympia, Washington 98504-0110<br>Tel.: (360) 753-6987<br>jerrya1@atg.wa.gov | Toni Hood<br>Assistant Attorney General<br>1125 Washington St. SE<br>PO Box 40110<br>Olympia, WA 98504<br>(360) 753-2702<br>tonih@atg.wa.gov |

Dated: January 21, 2009

Carlson & Dennett, P.S.

s/ Carl J. Carlson
Carl J. Carlson, WSBA #7157
Carlson & Dennett, P.S.
1601 Fifth Avenue,
Suite 2150 Seattle, WA 98101
Tel. (206) 621-1320
Fax (206) 621-1151
Email: carl@carlsonlaw.com
Attorneys for Plaintiffs

PLAINTIFFS' INITIAL DISCLOSURES (C08-1613)– Page 4

Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101-1686
Tel. (206) 621-1111 • Fax (206) 621-1151

ua190102 1/21/09