The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,<br><br>Plaintiffs<br><br>v.<br><br>STATE OF WASHINGTON, LIZ LUCE, DIRECTOR, DEPARMENT OF LICENSING and PAUL D. AYERS, CHIEF OF POLICE ISSAQUAH POLICE DEPARTMENT,<br><br>Defendants. | No. C08-1613RSM<br><br>AGREED ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

This matter came before the Court on the Plaintiffs' Motion for a Preliminary Injunction. All of the parties hereto having by their signatures below indicated their agreement to the entry of the following Order,

ORDER GRANTING MOTION
FOR PRELIMINARY INJUNCTION (C08-1613)– Page 1

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276 • Fax (703) 359-0938

ua210103 12/30/08

IT IS HEREBY ORDERED THAT:

1. Defendant Director of Licensing Liz Luce and any persons acting on behalf of the Department of Licensing shall:

    a. promptly resume processing applications for alien firearm licenses;

    b. issue alien firearms licenses to otherwise qualified applicants notwithstanding the Department's or any local law enforcement agency's inability to perform or complete a background and/or fingerprint check required by RCW § 9.41.170.

    c. upon application, renew or issue alien firearm licenses to Plaintiffs Adrian J. Coombes, Philip Grady, and such other lawful permanent resident aliens, including members of Plaintiffs NRA and SAF, who may apply pursuant to RCW § 9.41.170 if they are otherwise qualified for licensure.

2. There being no objection by the enjoined parties to the entry of this order, and there being no evidence suggesting that the enjoined parties will incur any costs or damages as the result of being wrongfully enjoined, it is proper that the moving party gives security in the amount of $0.

3. Plaintiffs have abandoned their request in this motion for an injunction against Defendant Paul D. Ayers, City of Issaquah Chief of Police, and no injunction or other form of relief is granted against said defendant.

3. Unless repealed or modified by order of this Court, this Order shall remain in full force and effect until: (a) a final judgment is entered following a trial of this case on the merits; or (b) dismissal of this action.

Dated this  27  day of  January , 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR PRELIMINARY INJUNCTION (C08-1613)– Page 2

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276 • Fax (703) 359-0938

ua210103 12/30/08

*Presented by*:

s/ Carl J. Carlson
WSBA No. 7157
Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101
Tel. (206) 621-1320; fax (206) 621-1151
Email: carl@carlsonlaw.com
*Attorneys for Plaintiffs*

*Agree to and approved for entry*:

s/ Wayne D. Tanaka
WSBA #6303
Ogden, Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101-1686
Tel. (206) 447-7000; Fax (206) 447-0215
Email: wtanaka@omwlaw.com
*Attorneys for Paul D. Ayers*


ROBERT M. MCKENNA
Washington State Attorney General

By:  s/ Jerald R. Anderson
WSBA #8734
Senior Counsel
P.O. Box 40110
Olympia, WA 98504-0110
Tel. (360) 753-6987; Fax (360) 664-0174
Email: jerryal@atg.wa.gov


And by:  s/ Toni Hood
WSBA #26473
Assistant Attorney General
Tel. (360) 586-2644
Email: tonih@atg.wa.gov

*Attorneys for Liz Luce, Director, Washington State Department of Licensing*

ORDER GRANTING MOTION
FOR PRELIMINARY INJUNCTION (C08-1613)– Page 3

Stephen P. Halbrook
Attorney at Law
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
Tel. (703) 352-7276 • Fax (703) 359-0938

ua210103 12/30/08