Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,<br><br>Plaintiffs<br><br>v.<br><br>STATE OF WASHINGTON, LIZ LUCE, DIRECTOR, DEPARMENT OF LICENSING and PAUL D. AYERS, CHIEF OF POLICE ISSAQUAH POLICE DEPARTMENT,<br><br>Defendants. | No. C08-1613RSM<br><br>AGREED ORDER DISMISSING DEFENDANT PAUL D. AYERS |

This matter coming before the court by the agreement of Plaintiffs, through their counsel Carl J. Carlson and Carlson & Dennett, P.S., and Defendant Paul D. Ayers through his counsel Wayne D. Tanaka and Ogden Murphy Wallace, P.L.L.C., it is hereby

AGREED ORDER DISMISSING DEFENDANT PAUL D.
AYERS – Page 1

CARLSON & DENNETT, P.S.
1601 IFTH AVENUE, SUITE 2150
SEATTLE, WA 98101
(206) 621-1111• FAX: (206) 621-1151

ub260102 3/9/09

**ORDERED** that

Plaintiffs' claims against Paul D. Ayers shall be dismissed without prejudice and without costs to any party, and Paul D. Ayers shall be dismissed as a party to this action.

Dated March 9, 2009

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Agreed to and presented by*

CARLSON & DENNETT. P.S.

s/ Carl J. Carlson
Carl J. Carlson, WSBA No. 7157
Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101
Tel. (206) 621-1320; fax (206) 621-1151
Email: carl@carlsonlaw.com
*Attorneys for Plaintiffs*

OGDEN MURPHY WALLACE P.L.L.C.

s/ Wayne D. Tanaka
Wayne D. Tanaka, WSBA #6303
Ogden, Murphy Wallace
1601 Fifth Avenue, Suite 2100
Seattle, WA 98101-1686
Tel. (206) 447-7000; Fax (206) 447-0215
Email: wtanaka@omwlaw.com
*Attorneys for Paul D. Ayers*

AGREED ORDER DISMISSING DEFENDANT PAUL D. AYERS – Page 2

CARLSON & DENNETT, P.S.
1601 IFTH AVENUE, SUITE 2150
SEATTLE, WA 98101
(206) 621-1111• FAX: (206) 621-1151

ub260102 3/9/09