Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., SECOND AMENDMENT FOUNDATION, INC., ADRIAN J. COOMBES, ROELOF KROES, PHILIP GRADY,<br><br>                    Plaintiffs<br><br>       v.<br><br>STATE OF WASHINGTON, LIZ LUCE, DIRECTOR, DEPARMENT OF LICENSING and PAUL D. AYERS, CHIEF OF POLICE ISSAQUAH POLICE DEPARTMENT,<br><br>                    Defendants. | No. C08-1613RSM<br><br>AGREED ORDER DISMISSING ALL CLAIMS |

This matter coming before the court by the agreement of Plaintiffs, through their counsel Carl J. Carlson and Carlson & Dennett, P.S., and Defendants State of Washington and Liz Luce, Director, Department of Licensing, through their counsel, Jerald R. Anderson and Toni Hood, Office of the Attorney General, it is hereby

AGREED ORDER DISMISSING ALL CLAIMS– Page 1

CARLSON & DENNETT, P.S.
1601 IFTH AVENUE, SUITE 2150
SEATTLE, WA 98101
(206) 621-1111• FAX: (206) 621-1151

ug290104 3/2/09

**ORDERED** that this case, and all remaining claims stated herein, are dismissed with prejudice and without costs to any party.

Dated: August 11, 2009

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Agreed to and presented by*

CARLSON & DENNETT. P.S.

s/ Carl J. Carlson
Carl J. Carlson, WSBA No. 7157
Carlson & Dennett, P.S.
1601 Fifth Avenue, Suite 2150
Seattle, WA 98101
Tel. (206) 621-1320; fax (206) 621-1151
Email: carl@carlsonlaw.com
*Attorneys for Plaintiffs*

ROBERT M. MCKENNA
Washington State Attorney General

By: s/ Jerald R. Anderson
WSBA #8734
Senior Counsel
Office of the Attorney General
P.O. Box 40110
Olympia, WA 98504-0110
Tel. (360) 753-6987
JerryA1@ATG.WA.GOV

And by: s/ Toni Hood
WSBA #26473
Assistant Attorney General
P.O. Box 40110
Olympia, WA 98504-0110
Tel. (360) 753-2702
tonih@atg.wa.gov

*Attorneys for Liz Luce, Director, Washington* State Department of Licensing

AGREED ORDER DISMISSING ALL CLAIMS– Page 2

CARLSON & DENNETT, P.S.
1601 IFTH AVENUE, SUITE 2150
SEATTLE, WA 98101
(206) 621-1111• FAX: (206) 621-1151

ug290104 3/2/09